

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-25-00053-CV

---

RICHARD WADE MCKINNEY AND ALL TRIBES WORSHIP CENTER, Appellants

V.

BOKF, NA, D/B/A BANK OF TEXAS, AS TRUSTEE OF THE JIM R. COLE EXEMPT
LIFETIME TRUST, Appellee

---

On Appeal from the County Court at Law No. 2
Gregg County, Texas
Trial Court No. 2025-0094-C

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

# MEMORANDUM OPINION

Pro se Appellant, Richard Wade McKinney, filed a timely notice of appeal on June 13, 2025.[1]  The clerk's record was filed on July 21, 2025.  McKinney's pro se appellate brief was due on September 8, 2025.  When neither a brief nor a motion to extend time for filing same was received by September 23, 2025, this Court advised McKinney by letter that his brief was late.  We also warned McKinney that the failure to file a brief by October 8, 2025, would subject this appeal to dismissal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

McKinney did not respond to our communication and did not file an appellate brief.  Because we received no response to our letter of September 23, 2025, McKinney's appeal is ripe for dismissal for want of prosecution.  Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Scott Stevens
Chief Justice

Date Submitted:     December 4, 2025
Date Decided:       December 5, 2025

---

[1]All Tribes Worship Center, which appears to be a party to the underlying litigation, did not file a notice indicating its intent to appeal the trial court's judgment.  And, to the extent McKinney, who is a pro se litigant, attempts to represent All Tribes Worship Center, we find nothing in the record to demonstrate that McKinney is a licensed attorney in this state or any other state in the United States.  "[A] person may not practice law in this state unless the person is a member of the state bar."  TEX. GOV'T CODE ANN. § 81.102(a).  For these reasons, we conclude that All Tribes Worship Center is not a party to this appeal.

2